# Enhanced Recovery Company, LLC

January 13, 2015

**Creditor:** DirectTV
**Account Number:** ███9375
**Amount of Debt:** $144.45
**Reference Number:** ███9796

## COLLECTION NOTICE

NORMA RIVERA

DirecTV has placed your previously disputed account with Enhanced Recovery Company, LLC. As of the date on this notice, an investigation of your dispute has been completed and the account has been placed with our office for resolution. At this time, the balance of $144.45 is due in full, please contact one of our dispute resolution specialists at (800) 427-6618 to discuss your resolution options.

This letter serves as notification that your delinquent account may be reported to the national credit agencies.

 View statements, pay your balance, and manage your account online at www.directv.com

 Telephone: (800) 427-6618 Toll Free. All calls are recorded and may be monitored for training purposes.

 Send correspondence to: Enhanced Recovery Company, LLC, P.O. Box 57610, Jacksonville, FL 32241

Office Hours (Eastern Time): Mon - Fri: 8:00am - 5:00pm EST; Sat: 8:00am - 12:00pm EST

 **This is an attempt to collect a debt. Any information obtained will be used for that purpose.**
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please do not send correspondence to this address

P.O. BOX 1259, Dept 98696
Oaks, PA 19456



January 13, 2015

| | IF PAYING BY CREDIT OR DEBIT CARD, FILL OUT BELOW. OR IF PAYING BY CHECK OR MONEY ORDER PLEASE REMIT TO ADDRESS BELOW. | |
|---|---|---|
| | | BILLING ZIP |
| VISA ☐     ☐ | | |
| CARD NUMBER | | SECURITY CODE |
| | | |
| SIGNATURE | | EXP. DATE |

| ACCOUNT NUMBER | AMOUNT OF DEBT | AMOUNT PAID |
|---|---|---|
| ███9375 | $144.45 | $ |


NORMA RIVERA
████████████


DirecTV
PO Box 78626
Phoenix, AZ 75062-8626

0000000000100000513593 75  5  0028  00014445  00014445  5

**Federal Validation Notice**

Pursuant to 15 U.S.C./1692g(a), take notice that:

1. The amount of the claimed debt is the amount stated in the letter on the reverse side of this notice.

2. The name of the creditor to whom the debt is owed is in the letter on the reverse side of this notice.

3. Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after your receipt of this notice, the debt will be assumed to be valid by us.

4. If you notify our office below in writing within (30) days of your receipt of this notice that the debt, or any portion thereof is disputed, we will obtain verification of the debt or a copy of any judgment that may be of record against you. We will mail the verification or copy of the judgment to you.

5. Upon your written request to this office within thirty (30) days of your receipt of this notice, we will provide you with the name and address of the original creditor, if different from the current creditor listed in the letter on the reverse side of this notice.

**Federal Notice:**
This is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

**Tennessee Residents:**
This Collection Agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**Minnesota Residents:**
This Collection Agency is licensed by the Minnesota Department of Commerce.

**New York State Residents:**
New York City Department of Consumer Affairs License Number: 1394588.

**North Carolina Residents:**
North Carolina Department of Insurance Permit Number: 103967.

**Utah Residents:**
As required by Utah Law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

For additional information please contact the following:
P.O. Box 57610
Jacksonville, FL 32241

**Colorado Residents:**
For information about the Colorado Fair Debt Collection Practices Act, see www.coloradoattorneygeneral.gov/ca or any successor web address.

A consumer has the right to request in writing that a Debt Collector or Collection Agency cease further communication with the consumer. A written request to cease communication will not prohibit the Debt Collector or Collection Agency from taking any other action authorized by law to collect the debt.
Local address:
13111 E. Briarwood Ave. #340
Centennial, CO 80012
(303) 309-3839

**California Residents:**
1. The State Rosenthal Fair Debt Collection Practices Act and the Federal Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at: 1-877-FTC-HELP or www.ftc.gov.

2. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Massachusetts Residents:**
You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the debt collector. If you wish to discuss this matter, please call us direct, between the hours of 8 AM and 5 PM EST, at the telephone number listed on the front of this notice. Local Address: 49 Winter Street, Weymouth, MA 02118.

We at Enhanced Recovery Company, LLC specialize in assisting persons in different financial situations. If additional assistance is needed, please contact us or visit our website.